# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00532(1)-ADA |
| | § | |
| (1) EFREN MALDONADO-PEREZ | § | |

## ORDER

  On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 16, 2025, wherein the defendant (1) EFREN MALDONADO-PEREZ waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) EFREN MALDONADO-PEREZ to the Report and Recommendation, the Court enters the following order:

  **IT IS THEREFORE ORDERED** that the defendant (1) EFREN MALDONADO-PEREZ's plea of guilty to Count One (1) is accepted.

  Signed this 6th day of January, 2026.

                 _____
                 ALAN D ALBRIGHT
                 UNITED STATES DISTRICT JUDGE